UNITED STATES DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF:
 NORMAN DARISH

DEFENDANTS:
1) DEPT of Social Services
    Comm of Mass
   30 Mystic St
   Arlington, MA
2) Cheryl Kurtz
   Childrens Charter
   77 Rumford Ave.
   Waltham, MA

## COMPLAINT

1) The plaintiff is a resident of Newton, Mass, Middlesex county and a citizen of the United States.

2) The defendant(s) are residents of Arlington and Waltham, mass, Middlesex county and are citizens of the United States.

3) The defendant(s) are residents of Arlington and Waltham, mass, Middlesex county and are citizens of the United States.

4) This court has jurisdiction over this matter pursuant to 28 USC §1331

5.) On Feb 2/2003 the Comm of Mass, Dept of Social Services took custody of my two daughters, nee- Ashli Darish (age 6) and Kara Lee Dayish (age 3). The Dept of Social Services ("DSS") asked that I have a forensic psychological exam to determine if I was a batterer. I did the exam and the results were negative. Despite this, "DSS" continues on a course to label me a batterer. This is one of many spontaneous decisions on the part of "DSS," and continues to operate in a consistant, negative capacity for myself and my children. As part of their "DSS" requirements, I was requested to complete a parental assessment by Childrens Charter of Waltham, Mass. I did so at their request. On or about Dec/2003 I mailed Freedom of Information requests to: (A) Mass Dept. of public health (B) "DSS" (C) Childrens Charter. Mass Dept of public health complied with my request. "DSS" ignored my request. Children's Charter refused to comply. Despite repeated oral and written requests for how these decisions were made I have been ignored and/or refused.

I respectfully request this Honorable Court

issue an order compelling the defendants to comply with my Freedom of Information request!: Or in the alternative set this matter down for hearing.

Respectfully Submitted

Norman Parish Pro Se.

NORMAN PARISH
843 WATERTOWN ST.
NEWTON MA 02465
617 7446240