UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORMAN DARISH
        Plaintiff,

                                    Civil Action No. 04-11004-NG

    v.

DEPARTMENT OF SOCIAL SERVICES, et al.,
        Defendants.

## ORDER OF DISMISSAL

GERTNER, D.J.

    In accordance with this Court's order dated July 19, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                  By the Court,

                                                  s/ Linn A. Weissman
                                                  Deputy Clerk

Date July 19, 2004

(noticeofdismissal.wpd - 12/98)                                                   [odism.]